UNITED STATES of America, ex rel., Plaintiff,

Harold R. FINE, Plaintiff–Appellant,

v.

CHEVRON USA, INC.; Bechtel Petroleum Operations, Inc.; Williams Brothers Engineering Company, Defendants–Appellees.

UNITED STATES of America, ex rel., Plaintiff,

Harold R. FINE, Plaintiff–Appellant,

v.

UNIVERSITY OF CALIFORNIA, and the Board of Regents of the University of California, Defendants–Appellees.

Nos. 93–15012, 93–15728.

United States Court of Appeals, Ninth Circuit.

June 8, 1995.

Before: WALLACE, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.